UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

<u>Joseph Foistner, et al</u>

        v.            Civil Case No. 10-cv-280-PB

<u>RBS Citizens, National Association, et al</u>

ORDER RE: PLAINTIFFS
<u>Seff Enterprises & Holding, LLC</u>
and
<u>New Boston Estates, LLC</u>

On July 12, 2010, the above-referenced case was removed from Hillsborough County Superior Court, Northern District.

In accordance with Local Rule 83.6(c), a corporations , unincorporated association, or trust may not appear in an action or proceeding <u>pro</u> <u>se</u>.

Accordingly, the plaintiffs, Seff Enterprises & Holdings, LLC and New Boston Estates, LLC, are responsible to retain counsel to represent them in this matter. Within twenty-one (21) days of the date of this order, counsel are required to file appearances and disclosure statements for these plaintiffs in accordance with Local Rule 7.5 and Fed. R. Civ. P. 7.1.

SO ORDERED.

July 14, 2010

                                      <u>/s/ Paul J. Barbadoro</u>
                                      Paul J. Barbadoro
                                      United States District Judge

cc:    Joseph Foistner, pro se
        Laurie Foistner, pro se
        Seff Enterprises & Holdings, LLC
        New Boston Estates, LLC
        William C. Saturley, Esq.